The People of the State of New York ex rel. Quirino A. Catalano v. The Board of Education of the City of New York.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter V. Ulner v. John R. Doran.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Julia Keel, as Administratrix, etc., v. Jobson & Gifford Company, Impleaded.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abraham L. Erlanger v. Patrick H. Sullivan and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Williamsburg Iron and Wire Works, Inc., v. John F. Kuhn and Others. — Motion to dismiss appeal granted, with ten dollars costs unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Ephraim B. Levy v. Sarah E. Conway and Others.— Motion to dismiss appeal granted, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Florence Halsted v. Julia G. Simmons.— Motion to dismiss appeal granted, with ten dollars costs, unless appellant comply with terms stated in order. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Patrick H. Sullivan and Others v. David Kraus and Others, as Executors.— Motion to dismiss appeal granted, with ten dollars costs. Present Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Arthur R. Martin v. Samuel Melton.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

The Bank of United States v. The Public Bank of New York City.— Application granted. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Abraham Bernstein and Others v. Union Pacific Railroad Company.— Application denied, with ten dollars costs. Order signed. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Mary Randolph v. Armstead W. Field.— Motion granted; questions certified. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

S. C. Posner, Inc., v. Emanuel A. Jackson and Others.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Walter Weston and Others v. James R. Watts.— Motion denied, with ten dollars costs. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.

Charles Gerbino, etc., v. Greenhut-Siegel Cooper Company.— Motion granted. Present — Ingraham, P. J., McLaughlin, Laughlin, Clarke and Scott, JJ.